UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| KENNETH ZAHL, M.D.,<br><br>    Plaintiff,<br><br>v.<br><br>DOUGLAS J. HARPER in his official capacity as SENIOR DEPUTY ATTORNEY GENERAL of the STATE OF NEW JERSEY<br><br>    Defendants. | Civ. No. 01-1264 (DRD)<br><br>**ORDER** |

This matter having come before the Court on a motion submitted by Defendant Douglas J. Harper requesting that Plaintiff Kenneth Zahl be sanctioned pursuant to Federal Rule of Civil Procedure 11; and Plaintiff having moved in a separate filing for reconsideration of the Court's January 15, 2010 Order denying his request to reopen the proceedings and for a temporary restraining order; and the Court having considered the arguments and submissions of the parties; and the Plaintiff having filed numerous duplicative actions and other applications in both this Court and the State of New Jersey asserting the same meritless argument against Defendant;

IT IS on this 15th of March, 2010, ORDERED as follows:

(1) Defendant's Motion for Sanctions is DENIED;

(2) Plaintiff's Motion for Reconsideration is DENIED;

(3) With the exception of appeals from rulings of this Court, Plaintiff is enjoined from filing in this Court any pleadings, motions, or applications dealing with the subject matter of this action unless Plaintiff submits a copy of the proposed motion, pleading, or application and obtains the approval of the Court.

_____
DICKINSON R. DEBEVOISE, U.S.S.D.J.